UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN CULVER,

    Plaintiff,

v.                                          Case No. 5:18cv160-TKW-HTC

FEDERAL BUREAU OF
PRISONS, et al.,

    Defendant.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Order and Report and Recommendation, which (1) recommended that Plaintiff's claims for monetary relief be dismissed and (2) ordered Plaintiff to show cause why his claims for declaratory and injunctive relief should not be dismissed as moot. *See* Doc. 43. Plaintiff filed a response to the order to show cause (Doc. 44) and objections to the recommended dismissal of his claims for monetary relief (Doc. 45). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge's determination that the challenged policy passes constitutional muster because it is reasonably related to legitimate penological interests.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The claims for monetary relief in Plaintiff's amended complaint (Doc. 37) are **DISMISSED with prejudice**.

3. The case is referred to the magistrate judge to consider Plaintiff's response to the order to show cause and for such additional proceedings as may be necessary.

**DONE and ORDERED** this `18th day of October, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**