UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN CULVER,

    Plaintiff,

v.                                          Case No. 5:18cv160-TKW-HTC

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Second Report and Recommendation (Doc. 48), Plaintiff's objections (Doc. 49), Plaintiff's motion for clarification (Doc. 47), and Plaintiff's motion for expert witness and submission of recidivism report (Doc. 50). Based upon my de novo review of the issues raised in the objections, I agree with the magistrate judge's determination and Plaintiff's claims for declaratory and injunctive relief are due to be dismissed for failure to state a claim. This ruling renders the motion for clarification and the motion for expert witness and submission of recidivism report moot. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Second Report and Recommendation is adopted and incorporated by reference in this Order.

2. The claims for declaratory and injunctive relief in Plaintiff's amended complaint (Doc. 37) are **DISMISSED with prejudice.**

3. The motion for clarification (Doc. 47) and the motion for expert witness and submission of recidivism report (Doc. 50) are **DENIED as moot**.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 9th day of December, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**