IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN CULVER, )
   Plaintiff, )
)
v. ) Case No: 5:18-CV-160-TWK-HTC
)
FEDERAL BUREAU OF PRISONS, )
et. al. )
   Defendants. )
)

## PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL

I, Brian Culver, come before this court to ask for an appointment of counsel in the above listed action. I am asking for this appointment because the legal issues in this case are complex and will require a skilled litigator to conduct depositions, interrogatories and a trial. The 11th Circuit Court of Appeals sua sponte appointed counsel because the case presented a viable legal claim. This counsel, Lauren V. Purdy, has tried to help me obtain legal counsel but has not been successful. Because I am unskilled in the law and this case is very complex, I am asking for the court to appointment me a counsel in the interest of justice.

Respectfully,

Brian S Culver, 26299-001
FCI Marianna
PO Box 7007
Marianna, FL 32447

## CERTIFICATE OF SERVICE

I, Brian Culver, certify that a true and accurate copy of Plaintiff's Request For Appointment Of Counsel was served upon:

U.S. Attorney's Office
Attn: Herbert S. Lindsey
111 North Adams Street
Tallahassee, FL 32301

by placing said copy in Marianna's Legal Mail System on this 24TH day of AUGUST 2022 with First Class Postage paid.

Brian S Culver

Brian Culver 26399-001
Federal Correctional Institution
PO Box 7007
Marianna, FL 32447

— Legal Mail —

U.S. District Court
Clerk of The Court
1 N. Palafox Street
Pensacola, FL 32502

32502-565850

PENSACOLA FL 325
25 AUG 2022 PM 1 L

— Legal Mail —

FEDERAL CORRECTIONAL INST.
3625 FCI ROAD, MARIANNA, FL 32446

DATE: THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED
AUG 24 2022